# UNITED STATES DISTRICT COURT

for

## District of Guam

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | **Marlene R. Borja** | Case Number: | **CR 02-00059-001** |
| Name of Sentencing Judicial Officer: | John S. Unpingco | | |
| Date of Original Sentence: | January 15, 2003 | | |

Original Offense: Bank Fraud, in violation of 18 U.S.C. § 1344

Original Sentence: Eight months imprisonment and five years supervised release to follow. Special conditions ordered the defendant to participate in drug treatment and testing; submit to a mental health intake assessment and any recommended treatment; obtain and maintain lawful employment and shall not be in any occupation involving direct cash transactions; pay $2,638.44 restitution; not incur any new credit charges or open additional lines of credit without the U.S. Probation Office's approval; provide the U.S. Probation Office access to all financial information; not associate with Jennifer L. Fejeran; report weekly to the U.S. Probation Office for guidance and instruction; perform 400 hours of community service; notify employers of criminal history; and pay a $100 special assessment fee. **Informational Violation Report,** May 28, 2004. **Modified** August 24, 2004, ordered to serve three months of home confinement with electronic monitoring and to participate in a psychological assessment and any recommended treatment. **Revoked** February 10, 2005, ordered to serve 30 days home detention with electronic monitoring with 36 months supervised release to follow. All conditions previously ordered and modified were re-imposed. **Revoked** July 8, 2005, and ordered to serve eleven months imprisonment and 48 months supervised release to run concurrently with criminal case no. 97-00142-001. All conditions previously ordered and modified were re-imposed with the exception of community service.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | May 19, 2006 |
| Assistant U.S. Attorney: | Marivic P. David | Defense Attorney: | John T. Gorman |

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision in violation of 18 U.S.C. § 3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | Failure to refrain from committing another federal, state, or local crime. |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**See attachment:**
*Declaration in Support of Petition; Re: Violations of Supervised Release, Request for a Summons*
**submitted by USPOS Carmen D. O'Mallan**

| | |
|---|---|
| Reviewed by: | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ ROSSANNA VILLAGOMEZ-AGUON<br>Chief U.S. Probation Officer | /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist |
| Date: November 21, 2007 | Executed on: November 21, 2007 |

**THE COURT ORDERS:**

☐ **No action.**

☐ **The issuance of a warrant.**

☒ **The issuance of a summons.** A summons shall issue for December 20, 2007, at 2:00 p.m.

☐ **Other**

                                                                    /s/ Joaquin V.E. Manibusan, Jr.
                                                                     U.S. Magistrate Judge
**Dated: Dec 12, 2007**