# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | ## NOTICE |
| **MARLENE R. BORJA** | CASE NUMBER:  **CR-02-00059-001** |

TYPE OF CASE:

☐ **CIVIL**        **X   CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

### DISPOSITION HEARING

**X**   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | January 21, 2008 at 10:00 A.M. | January 25, 2008 at 10:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_____January 4, 2008_____
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Law Offices of Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service