# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**MARLENE R. BORJA**                    CASE NUMBER:  **CR-02-00059-001**

TYPE OF CASE:

☐ **CIVIL**            **X   CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME |

TYPE OF PROCEEDING

### DISPOSITION HEARING

**X   TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|-------|-----------------------------------|----------------------------|
| U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | March 20, 2008 at 9:30 A.M. | March 25, 2008 at 1:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
_____
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_____March 20, 2008_____          Virginia T. Kilgore
DATE                              /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Law Offices of Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service