# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00142-001  DATE: March 25, 2008
CR-02-00059-001

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 11:07:53 - 11:48:57
Virginia T. Kilgore
CSO: B. Benavente

**APPEARANCES:**
Defendant: Marlene R. Borja  Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Carmen O'Mallan  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Disposition Hearing**
- Court disclosed its personal knowledge of the defendant. Parties and defendant had no objection to her presiding over the cases.
- Mr. Arens informed the court that defendant will attend a treatment program at the Naval Hospital today.
- Court orders defendant's husband to be present at next hearing.
- Proceedings continued to: April 3, 2008 at 11:00 a.m.
- Court continued the proceedings to determine whether home confinement, weekend confinement or some term of imprisonment is appropriate.
- Defendant admonished to abide by conditions previously ordered.

NOTES: