JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARLENE R. BORJA

FILED
DISTRICT COURT OF GUAM
MAY 0 1 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 02-00059 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) DISPOSITION HEARING |
| vs. | ) |
| MARLENE R. BORJA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Disposition hearing currently scheduled for May 2, 2008, at 9:30 a.m., be continued for approximately one month to a date and time convenient to the court. This request is based on defendant's pending appointment with Dr. Lilli Perez Lyechad on May 5, 2008. Dr. Lyechad is in receipt of the Psychiatric Evaluation and Report provided by Dr. Laura L. Post and has agreed to review the report, evaluate the treatment provided and formulate a treatment plan for Ms. Borja. The

parties agree that any professional recommendations shall be subject to the court's approval and any

objections the government may have.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 1, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
MARLENE R. BORJA

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

2