JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
MARLENE R. BORJA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00059 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| MARLENE R. BORJA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on May1, 2008, is HEREBY APPROVED and So ORDERED.

The disposition hearing is hereby continued to June 4, 2008, at 9:30 a.m.

So ordered.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 01, 2008**