**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

| | |
|---|---|
| CASE NO.: CR-97-00142<br>CR-02-00059 | DATE: June 05, 2008 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 9:22:14 - 10:05:10

**APPEARANCES:**
Defendant: Marlene R. Borja              Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☐P.R.           ☑Present ☐Retained ☐FPD ☐CJA
U.S. Attorney: Marivic P. David                              U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:                                                 Language:

**PROCEEDINGS: Disposition Hearing**
- Revocation of supervised release <u>granted</u>.
- Defendant sentenced to Bureau of Prisons for 7 months for CR-97-00142 and 24 months for CR-02-00059, to run concurrently (refer to Revocation Judgment or Amended Judgment).
- Court recommends that defendant participate in a drug treatment program, mental health treatment program and/or vocational program.
- Defendant to remain released until June 13, 2008 when she will be remanded to the cusody of the U.S. Marshals Service for placement with the Bureau of Prisons.

NOTES: